ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
ROSEANNE GILLETTE, CSBN 251001
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone:  (855) 295-8304
Email: Roseanne.Gillette@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN ELLISON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-00600-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended fourteen (14) days from October 27, 2025, up to and including November 10, 2025.  This is the Defendant's first request for an extension.

    At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true

for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of the SSA, no further financial obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of Anti-Deficiency Act (ADA). *See* 31 U.S.C. §§ 1341–1342.

Effective Monday, October 20, 2025, the SSA has determined that undersigned counsel and colleagues within her office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

Although the undersigned counsel is permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, undesigned counsel has many pressing deadlines resulting from the lapse in funding.

Undersigned counsel for Defendant therefore requests an extension of time for 14 days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 20, 2025          /s/ *Francesco P. Benavides**
                                 (*as authorized via e-mail on October 20, 2025)
                                 FRANCESCO P. BENAVIDES
                                 Attorney for Plaintiff

Dated: October 20, 2025          ERIC GRANT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Head of Program Litigation 1
                                 Social Security Administration

                                 By:    /s/ *Roseanne Gillette*
                                  ROSEANNE GILLETTE
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 10, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:     **October 20, 2025**                                    **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE