ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
ROSEANNE GILLETTE, CSBN 251001
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone:  (855) 295-8304
Email: Roseanne.Gillette@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN ELLISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-00600-GSA<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

DATED this 4th day of November 2025

              Respectfully submitted,

Dated: November 4, 2025     LAW OFFICES OF FRANCESCO BENAVIDES

         By:*/s/ Francesco Benavides\**
           FRANCESCO BENAVIDES
           Attorneys for Plaintiff
           [*As authorized by e-mail on November 4, 2025]

Dated: November 4, 2025     ERIC GRANT
           United States Attorney
           MATHEW W. PILE
           Head of Program Litigation 1
           Law & Policy

         By: */s/ Roseanne Gillette*
           ROSEANNE GILLETTE
           Special Assistant United States Attorney
           Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, this action is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **November 6, 2025**         **/s/ Gary S. Austin**
                   UNITED STATES MAGISTRATE JUDGE